RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-1857-006-TUC-JCH-BGM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| Timothy Scott Waltermire, Jr., | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1. The matter is set for sentencing on March 6, 2025.

2. This case originated from an investigation conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). ATF agents learned the defendant purchased 136 total firearms (34 rifles, 80 receivers, 21 pistols, and one shotgun) in 2021-2022, many of them having the same make, model and caliber. In addition to his own straw purchases, the defendant also directed Roy Glen Cline III and Tylor Cody Joiner to make firearm purchases at FFLs in the District of Arizona. Both Cline and Joiner were sentenced by the Court to probation for their actions, which were primarily the straw purchasing of firearms at the direction of the defendant.

3. On September 15, 2022, a federal grand jury returned a true bill of superseding indictment against the defendant, Joiner, Cline, and seven other men, alleging 51 counts of conspiracy, exportation of goods from the United States, straw purchasing, and other

charges. On September 12, 2024, the defendant pled guilty to counts 2-6 of the superseding indictment pursuant to a written plea agreement.

4.  The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 63-78 months, based on a total offense level 26 and criminal history category I. The probation department recommends the maximum allowable sentence pursuant to the plea agreement, which is 63 months of incarceration, to be followed by three years of supervised release.

5.  18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

6.  Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to 63 months of incarceration, to be followed by three years of supervised release. The defendant was one of the leaders of a gun smuggling operation that sent hundreds of firearms into the Republic of Mexico, almost certainly ending up in the hands of a criminal element that has historically terrorized the people of that nation. On top of this, the defendant managed the actions of at least two other co-defendants, which ruined both of their lives. The government understands its recommendation is harsh, but the defendant has earned it through his conduct. The government will further explain its position at the sentencing hearing, currently set for March 6, 2025.

| | |
|---|---|
| 1 | Respectfully submitted this 27th day of February, 2025. |
| 2 | |
| 3 | RACHEL C. HERNANDEZ<br>Acting United States Attorney |
| 4 | |
| 5 | /s/ Matthew C. Cassell |
| 6 | MATTHEW C. CASSELL<br>Assistant United States Attorney |
| 7 | |
| 8 | Copy of the foregoing served electronically<br>or by other means this 27th day of February, 2025, to: |
| 9 | |
| 10 | D. Tyler Francis, Esq.<br>Counsel for defendant |

3