IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Timothy Scott Waltermire, Jr.,<br><br>Defendant. | CR 22-01857-006-TUC-JCH (BGM)<br><br>FINAL ORDER OF FORFEITURE<br>(Forfeiture Judgment $39,980.42) |
|---|---|

WHEREAS, on September 12, 2024, the defendant pled guilty as to Counts Two through Six of the Superseding Indictment, which charges him with Smuggling Goods from the United States, in violation of Title 18, United States Code, Sections 554(a) and agreed to the Forfeiture Allegation in the Superseding Indictment.

WHEREAS, the United States moves under Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit all right, title and interest in the following firearms and receivers (hereinafter the "Seized Firearms and Receivers"):

| Line # | Firearms/Receivers | Serial Number |
|---|---|---|
| 1 | (2) FMK Firearms 9C1 Gen 2 9mm pistols | BGG6720/ BGG6717 |
| 2 | Masterpiece Arms MPA30T 9mm pistols | FX32141 |
| 3 | Nova Modul NAK9 9mm pistols | RON2163514 |
| 4 | Palmetto State Armory PA-15 multi-caliber receivers | SCD791165 |
| 5 | Taurus 856 .38 special revolver | ACM686864 |
| 6 | Sig Sauer P320 9mm pistol | 58K114125 |

| 7 | (2) Glock 19, 9mm pistols | BVHB615 / BVHB618 |
|---|---|---|
| 8 | (13) Palmetto State Armory PA-15 multi-caliber receivers | SCB928199/ SCB928163/ SCB928183/ SCB931649/ SCB928124/ SCB928121/ SCB928122/ SCB928111/ SCB931650/ SCB391652/ SCB928169/ SCB931646/ SCB931651 |
| 9 | Glock 17 9mm pistol | BTES667 |
| 10 | Harrington and Richardson 904 .22 caliber Revolver | AY096261 |
| 11 | Springfield Armory 1911 .45 caliber pistol | NM669217 |
| 12 | Taurus TH9 9mm pistol | ACG023451 |
| 13 | Taurus PT24/7 G2C 9mm pistol | NHS59845 |
| 14 | Mossberg 500 12-gauge shotgun | T589736 |
| 15 | Palmetto State Armory PA-15 multi-cal pistol | SCB936021 |
| 16 | Ruger American .65 caliber rifle | 690260986 |
| 17 | SCCY Industries CPX-1 9mm pistol | C156914 |
| 18 | Umarex Sportwaffen GMBH&Co. R1 .22 caliber rifle | HA030679 |
| 19 | Francolin Intl. Arms Citadel Boss-25 shotgun | 21-49074 |
| 20 | Palmetto State Armory PA-15 multi-cal pistol | SCD301850 |
| 21 | Sun City Machinery Co., LTD Stevens 320 12-gauge shotgun | 201499T |
| 22 | Savage Arms Inc. 64 .22 caliber rifle | 1816717 |
| 23 | Marlin Firearms Co. 60 .22 caliber rifle | 91496844 |
| 24 | Savage Axis .380 caliber rifle | H320788 |

and the firearms transferred or sold to, or deposited with, a third party, or placed beyond the jurisdiction of the court (hereinafter "Firearms and Receivers Not Seized"):

| Line # | Firearms/Receivers | Serial Number |
|---|---|---|
| 1 | (4) FMK Firearms 9C1 Gen 2 9mm pistols | SBD4910/ SBD4911/ BTT3003/ BTT3033 |
| 2 | Pioneer Arms Hellpup 7.62x39mm pistol | PAC1164226 |
| 3 | (4) Palmetto State Armory PSAK47 7.62x39 rifles | AKB053785/ AKB054807/ AKB055009/ AKB055041 |
| 4 | (5) Palmetto State Armory PA-15 multi-caliber receivers | SCB121760/ SCB121768/ SCD785523/ SCD785755/ SCD786172 |

*United States of America v. Timothy Scott Waltermire, Jr.*
*Order of Forfeiture – Page 2 of 6*

| # | Description | Serial Number(s) |
|---|---|---|
| 5 | (6) Palmetto State Armory PSAK47 7.62x39mm rifles | AKB053830/ AKB053559/ AKB054720/ AKB053228/ AKB053828/ AKB053850 |
| 6 | FMK Firearms 9C1 Gen 2 9mm pistols | SBD4900 |
| 7 | Masterpiece Arms MPA30T 9mm pistols | FX32140 |
| 8 | Tisas Zigana PX-9 9mm pistol | T062021BM23325 |
| 9 | (3) Palmetto State Armory PSAK47 7.62x39mm rifles | AKB054060/ AKB053171/ AKB054739 |
| 10 | (8) Palmetto State Armory PA-15 multi-caliber receivers | SCB925657/ SCB927276/ SCB925633/ SCB927272/ SCB925674/ SCB927271/ SCB925654/ SCB925663 |
| 11 | (10) Palmetto State Armory PSAK47 7.62x39mm rifles | AKB060454/ AKB059477/ AKB061021/ AKB060446/ AKB054229/ AKB059662/ AKB054261/ AKB053106/ AKB053103/ AKB060444 |
| 12 | (2) TISAS Zigana PX-9 9mm pistols | T062021BM38760 T062021BM23554 |
| 13 | Nova Modul NAK9 9mm pistols | RON2164097 |
| 14 | (6) Palmetto State Armory PA-15 multi-caliber receivers | SCD311345/ SCD311341/ SCB930554/ SCD789745/ SCB928131/ SCB928118 |
| 15 | Glock 19, 9mm pistol | BVHB616 |
| 16 | Ruger 22 Charger .22 pistol | 492-17896 |
| 17 | (15) Palmetto State Armory PA-15 multi-caliber receivers | SCD204077/ SCB912947/ SCB777364/ SCB912934/ SCD777916/ SCB119421/ SCD416742/ SCD416744/ SCD172068/ SCB912945/ SCB912940/ SCD416743/ SCD777917/ SCB119392/ SCB119427 |
| 18 | UMBE 1032 10 guage shotgun | 7284 |
| 19 | (7) Palmetto State Armory PA-15 multi-caliber receivers | SCD779091/ SCB917641/ SCB917629/ SCB917639/ SCB917620/ SCD779102/ SCD779084 |
| 20 | (4) Palmetto State Armory G3-lo multi-caliber receivers | G347831/ G348111/ G348038/ G348108 |
| 21 | Rockisland 206 .38 special pistol | RIA2212377 |
| 22 | Henry Golden boy/NVM .22LR rifle | GB236133 |
| 23 | Taurus 1911 .45ACP pistol | ACE946496 |
| 24 | (10) Palmetto State Armory PA-15 multi-caliber receivers | SCD782430/ SCD782424/ SCD782422/ SCB18404/ SCD782419/ SCB918448/ SCB918434/ SCB918441/ SCD782439/ SCB918433 |

| 25 | (2) Palmetto State Armory SA G3-lo multi-caliber receivers | G348795/ G348815 |
|---|---|---|
| 26 | (8) Palmetto State Armory PA-15 multi-caliber receivers | SCB200358/ SCD209029/ SCB908730/ SCB200355/ SCD209027/ SCB908669/ SCB908670/ SCB920637 |
| 27 | Palmetto State Armory PSAK47 multi-caliber receiver | AKB056739 |
| 28 | Ruger NM Blackhawk .357 mag pistol | 37-40502 |
| 29 | Pioneer Arms Hellpup 7.62x39mm pistol | PAC1164619 |
| 30 | Ruger Mini-14 5.56x45mm rifle | 584-65462 |
| 31 | Heritage Roughrider .22LR revolver | 3PH046728 |

WHEREAS, the United States has established that pursuant to Title 21, United States Code, Section 853(p), that the Firearms and Receivers Not Seized, a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty.

WHEREAS, consecutively from September 21, 2024, through October 20, 2024, notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (*www.forfeiture.gov*) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property.

WHEREAS, no timely claim has been filed.

IT IS ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the Seized Firearms and Receivers, which constitute firearms involved in or used in violation of the offenses for which the defendant plead guilty.

IT IS FUTHER ORDERED that pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the sum of $39,980.42 in United States currency in the form of a substitute asset judgment.

IT IS FURTHER ORDERED that the defendant shall receive credit for payments made by co-defendants: Roy Glen Cline III, which the amount shall not exceed $9,259.54 in United States currency (Doc. 293); and Tylor Cody Joiner, which the amount shall not exceed $28,311.07 in United States currency (Doc. 212).

IT IS FURTHER ORDERED that as a result of an act or omission of the defendant, the government may seek forfeiture of any other property, including but not limited to both real and personal property, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), up to the value of the Firearms and Receivers Not Seized at the time of the offense, that is $39,980.42 in United States currency.

IT IS FURTHER ORDERED pursuant to Fed. R. Crim. P. 32.2(e)(1) that upon the discovery or seizure of any other property of the defendant that may satisfy all or part of the above-listed value, the United States shall motion this Court to amend this Order to include that property.

IT IS FURTHER ORDERED that upon seizure of any property of the defendant to satisfy all or part of the above-listed value, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property and shall publish notice of this as required by law.

IT IS FURTHER ORDERED that any payments to satisfy the $39,980.42 in U.S. currency be mailed to U.S. Marshals Service, Sandra O'Connor Courthouse, #270, Attention: AFU, 401 West Washington Street, SPC-64, Phoenix, Arizona 85003-2159. The check must include the defendant's name and reference case number CR 22-01857-007-TUC-JCH (BGM).

1  IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that all right, title and interest in Seized Firearms and Receivers are hereby forfeited to and vested in the United States and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED this __6__ day of __MARCH__, 2025.

JOHN C. HINDERAKER
United States District Judge

*United States of America v. Timothy Scott Waltermire, Jr.*
*Order of Forfeiture – Page 6 of 6*